UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JEFFREY WEBER,

      Plaintiff,

      v.

WASTE MANAGEMENT OF WISCONSIN, INC.

      Defendant

Case No. 18-cv-2008

## VOLUNTARY STIPULATION OF DISMISSAL

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed upon the merits, with prejudice and without costs to either party.

Dated: April 2, 2019      By: *s/ Scott S. Luzi*
Scott S. Luzi, SBN 1067405
Walcheske & Luzi, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: sluzi@walcheskeluzi.com

*Attorneys for Plaintiff*

Dated: April 2, 2019      By: *s/ Jennifer L. Ciralsky*
Jennifer L. Ciralsky, SBN 1068092
Littler Mendelson, P.C.
111 East Kilbourn Avenue, Suite 1000
Milwaukee, Wisconsin 53202
Telephone: (414) 291-5539
Email: JCiralsky@littler.com

*Attorneys for Defendant*